**THE HONORABLE BRIAN D. LYNCH**
**CHAPTER 13**
**HEARING DATE: December 18, 2019**
**HEARING TIME: 1:30 P.M.**
**LOCATION: Tacoma, Washington**
**RESPONSE DATE: December 11, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>DON PAUL TESHERA and<br>AMY MICHELLE TESHERA,<br><br>Debtors. | Case No.: 19-43385-BDL<br><br>OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## **BACKGROUND**

Debtors filed this Chapter 13 case on October 22, 2019. The applicable commitment period is sixty months. The case is currently in the second month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is December 31, 2019. Scheduled unsecured claims total $97,328.00. Debtors propose to pay at least $26,467.80 to allowed nonpriority unsecured claims.

OBJECTION TO CONFIRMATION

- 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# **OBJECTION**

☐ Plan is not feasible:

☐ Plan is not proposed in good faith or is forbidden by law:

☒ Plan fails to commit all excess disposable income for the applicable commitment period as required by 11 U.S.C. § 1325(b)(1)(B): Trustee requires evidence of how much debtor is actually required to pay per line 19 of form 122C2.

☒ Plan does not meet the best interests of creditors test as required by 11 U.S.C. § 1325(a)(4): Debtor must provide additional evidence of the value of both parcels of real property.

☒ Schedules or other documentation insufficient: Debtor must provide an address for noticing of the DSO recipient.

☐ Other:

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 1st day of December, 2019.

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

OBJECTION TO CONFIRMATION

- 2 -

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600